## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ANGENITA SMITH                                  CHAPTER 13
                                                       CASE NO. 21-01696 JAW

## OBJECTION TO PROOF OF CLAIM

COMES NOW Debtor, ANGENITA SMITH, through counsel and files her Objection to Proof of Claim filed by NS193, LLC on behalf of Statebridge Company, LLC (Claim #4-1) and in support of same would show unto the Court the following:

I.

That, Debtor filed a voluntary Chapter 13 Petition on October 11, 2021.

II.

That, NS193, LLC on behalf of Statebridge Company, LLC filed a proof of claim (#4-1) on December 20, 2021 alleging that debtor owes $82,011.57, and arrearage in the amount of $50,279.50.  **See Exhibit A** attached hereto.

III.

Debtor disputes this proof of claim because she contends that NS193, LLC on behalf of Statebridge Company, LLC's Proof of Claim (#4-1) does not show clearly who owns the loan.  Statebridge Company attached an "Affidavit of Lost Note" to the proof of claim which was executed by Nationstar Mortgage LLC.  According to the documents presented, it is not clear, if at all, whether Nationstar serviced or owned debtor's loan

IV.

Debtor dispute this claim for the above reasons, so therefore, this claim should be denied.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this be received and

the Proof of Claim *(#4-1)* filed by NS193, LLC on behalf of Statebridge Company, LLC. be denied and that Debtor be granted any and all general relief that she may be entitled to.

        Respectfully submitted,

        **ANGENITA SMITH**

        BY:   /s/ THANDI WADE
                     THANDI WADE

TATUM & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
STATE BAR NO. 10464

## CERTIFICATE OF SERVICE

      I, THANDI WADE, do hereby certify that I have this day mailed, via electronic mail and United States Mail, postage pre-paid, a true and correct copy of the above and foregoing Objection to Proof of Claim *(#1-1)* to the following:

      Office of the U S Trustee
Ustpregion05.ja.ecf@usdoj.gov

      Hon. James L. Henley, Jr.
Chapter 13 Trustee
jlhenley@jlhenleych13.net

      Statebridge
In care of NS193, LLC
6061 S. Willow Dr. Suite 300
Englewood CO 80111

      MCalla Raymer Leibert
1022 Highland Colony
 Pkwy, Suite 304
Ridgeland, MS 39157

      Angenita Smith
6547 Goldfield Street
North Las Vegas, NV 89084

      THIS the 18th day of January, 2022.

                                        /s/ THANDI WADE
                                        THANDI WADE