**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: ANGENITA SMITH                                   CHAPTER 13
                                                        CASE NO. 21-01696 JAW

## NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the attached Objection to Proof of Claim, must be filed with:

> Clerk, U. S. Bankruptcy Court
> 501 E. Court St., Ste. 2.300
> Jackson, MS 39201

with a copy served on the undersigned Debtor's Attorney and the Chapter 13 Trustee, on or before thirty (30) days from the date of this notice, or the Court will enter an Order which shall sustain this Objection to Proof of Claim, etc., granting the relief requested therein. In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing thereon.

DATED: January 18, 2022.

CHAPTER 13 TRUSTEE:                              /s/ THANDI WADE
Hon. James L. Henley, Jr.                        THANDI WADE, MSB 10464
Post Office Box 31980                            Attorney for Debtor
Jackson, MS 39286-1980                           P.O. Box 22688
                                                 Jackson, MS 39225-2688
                                                 (601)948-7770