___



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 25, 2022**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      ANGENITA SMITH      CASE NO. 21-01696 JAW

### ORDER GRANTING DEBTOR'S OBJECTION
### TO PROOF OF CLAIM FILED BY
### NS193, LLC, STATEBRIDGE COMPANY, LLC

This cause came in consideration on the Debtor's Objection to Proof of Claim (#4-1) filed by NS193, LLC and Statebridge Company, LLC, and the Court being fully advised in the premises finds as follows.

I.

This Court has jurisdiction of the subject matter and parties to this proceedings.

II.

That NS193, LLC and Statebridge Company, LLC filed a proof of claim (#4-1) on December 20, 2021, and the Debtor filed an Objection to Claim (dk#30) on January 18, 2022. There has been no response filed by NS193 and Statebridge Company, LLC, so therefore said claim is disallowed.

IT IS THEREFORE, ORDERED AND ADJUDGED that Debtor's Objection to Proof of Claim (#4-1) is granted and the claim filed by NS193,LLC and Statebridge Company, LLC is hereby

disallowed.

##END OF ORDER##

/S/ THANDI WADE, MSB 10464
**TATUM & WADE, PLLC**
P O BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770
email: bankruptcy@tatumandwade.com