PO BOX 3572
COPPELL TX  75019

ADDRESS SERVICE REQUESTED



How can Veripro Solutions help you Increase your profit when it comes time to sell?

ANGENITA SMITH
6547 GOLDFIELD ST
NORTH LAS VEGAS NV  89084-1323

- If you are receiving this letter, it means you have a mortgage balance with a lien attached to the subject property listed above which is required to be satisfied and released prior to the sale of your home
- HOWEVER, when you settled your balance with Veripro Solutions with a reduced payoff prior to selling, we will file the satisfaction of the mortgage document to release the lien therefore there is no remaining balance to be paid

Accept one of our solutions and begin maximizing your potential profit today!

07-17-2019
Re: Veripro Account Number

Last 4 of Previous Loan Number:
Previous Servicer:              Ocwen Loan Servicing, LLC
Current Balance:                $57,513.54
Property Address:               4420 Meadow Ridge, Jackson, MS 39206

**Which Option works best for you?**

| Option 1: Pay $0.00 (Balance Remains Due in Full) | | Option 2: Veripro Repayment Solution (Accept one of our Balance Reduction Payment Plans) | | Option 3: Reduced Payoff (Settlement at a Discount) (Offer to payoff the balance at a fraction of the Total Due) | |
| --- | --- | --- | --- | --- | --- |
| PROS | CONS | PROS | CONS | PROS | CONS |
| Not making any payments | Total Payoff demanded may increase with all delinquent interest accrued per the full term of your original loan | Veripro removes thousands of dollars from your balance in exchange for consistent payments at 0% interest | Commitment to consistent monthly payments towards the unpaid balance | Veripro allows the balance to be PAID – SETTLED IN FULL for thousands less than Total Due | Commitment to a lump sum reduced payoff or monthly payments until the Settlement offer is completed |
|  | Lien remains attached to your property recorded at your county recorder's office until the balance is paid in full | Your Balance is significantly reduced quickly to allow for reduced payoff options | Lien remains attached to your property recorded at your county recorder's office until the balance is paid in full | The debt is completely satisfied and the lien release is recorded in your county recorder's office |  |
|  | The Status is Delinquent – Charged Off. Balance Due in Full due to failure to maintain contractual payments as required | Your consistent payment history can be provided to confirm the status of the repayment plan is Paying As Agreed |  | The Status of the loan is PAID – SETTLED IN FULL with no future liability |  |
|  | Total Balance will be paid in full from the sale of the home. This reduces and potentially eliminates any profit for you | Reduced total mortgage debt will maximize the total profit to you from the proceeds of the sale of the home |  | There is no mortgage balance remaining for this loan, therefore you maximize your profit from the proceeds of the sale of your home |  |

| Discounted Payoff Offer (1 Lump Sum Payment) | $20,129.74 |
| --- | --- |

| Reduced Payoff Plan – (Payoff with monthly payments listed below) | | | |
| --- | --- | --- | --- |
| # of Months | Reduced Payoff | Monthly Payment | TOTAL DISCOUNT (HOW MUCH YOU SAVE) |
| 12 | $22,142.71 | $1,845.23 | $35,370.83 |
| 24 | $26,168.66 | $1,090.36 | $31,344.88 |
| 36 | $28,181.63 | $782.82 | $29,331.91 |
| 48 | $30,194.61 | $629.05 | $27,318.93 |
| 60 | $32,207.58 | $536.79 | $25,305.96 |

Accept one of our solutions and begin maximizing your potential profit today!
Call toll-free 1-888-967-9700 M-Fr 8a.m – 8p.m. (CST)



**NOTICE TO ALL CONSUMERS: THE FOLLOWING STATES REQUIRE US TO GIVE SPECIAL NOTICES TO THEIR RESIDENTS.  CONSUMERS IN OTHER STATES MAY HAVE SIMILAR OR GREATER RIGHTS AND THESE STATE-SPECIFIC NOTICES DO NOT LIMIT OR RESTRICT THE RIGHTS AFFORDED BY FEDERAL LAW OR OTHER STATE LAWS.**

The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it, and we will not report it to any credit reporting agency. [Veripro Solutions Inc. does not report to any credit reporting agency] In circumstances, you can renew the debt and restart the time period for the statute of limitations if you take specific actions such as making certain payment on the debt or making a written promise to pay. Veripro Solutions, Inc. ( Veripro ) agrees that we will never file a lawsuit against you for the collection of this debt, it is our responsibility to make you aware of the facts stated herein. Please also be advised that this account remains secured by a lien against the property that will only be released upon full payoff, reduced payoff, through a bankruptcy with an approved lien strip order or by operation of law.

Your acceptance of and performance under this offer assumes that the collateral property for this loan will not be sold or refinanced at any point during the duration of this settlement term. If at any point during the payment period under this offer and before the final due date as stated herein, we are asked to provide a payoff in connection with any transaction involving the collateral property for this loan including but not limited to the sale, transfer or refinance of said property we will provide the full balance due payoff, not the discounted settlement offer amount approved in this offer today. To the extent if we find that the funds received on this offer originated from proceeds involved in the sale, transfer or refinance of the collateral property for this loan, all sums paid will be credited to the unpaid principal balance, but Veripro will be under no obligation to release your lien.