

**Code Enforcement
City of Jackson**

Community Improvement
Post Office Box 17
Jackson, Mississippi 39205
601-960-1054

# FIRST NOTICE

SMITH ANGENITA C/O SLK GLOBAL
SOLUTIONS AMERICA
2727 LBJ FREEWAY STE 806
DALLAS, TX 75234

Case No. CE-23-591

Issued: March 13, 2023

LOCATION
4420 MEADOWRIDGE DR
Jackson, MS 39206

LEGAL DESCRIPTION: LOT 12 BLK N G I SUBN
Parcel #:

Recently, it has come to the attention of the City of Jackson Community Improvement Team that your property is in violation of certain city ordinances. The violations are listed below. Please make the requested corrections before the return inspection. The property will be re-inspected for code compliance on the date or dates listed.

| Code Reference: | Correction Order: | Additional Information: | Re-inspection Date: |
|---|---|---|---|
| 2018 IPMC 304.1 General: The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety or welfare. | Correct Housing Violations. See Additional Information. | Please paint the exterior of the house, replace the patio screen on the back and board up and secure the vacant house. | 03/31/2023 |
| 2018 IPMC 302.1 Sanitation: Exterior property and premises shall be maintained in a clean, safe and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition. | Remove trash and debris. | Please remove the tree limbs in the back yard | 03/31/2023 |

Please reach out to me directly to discuss any special circumstances that I may not be aware of. As your assigned officer I can explain the issues and correction orders. I can also grant additional time or enter into maintenance agreement with you. Our goal is to work with you through the voluntary compliance process. Communication is essential to that process.

Please note that failure to comply with city ordinances may result in further action by the City of Jackson to remedy the code violations, including, but not limited to, a fine determined by the municipal court.

The Community Improvement Team strives to create a safe and healthy environment for everyone. With your help we can achieve this goal.. If you have any questions, please contact me at **601-960-1054.**

Thank you for your time and your attention to this matter.

Sincerely,

Linda Grant
Code Enforcement Officer
Community Improvement Division
Department of Planning and Development

This letter is a courtesy notice. If you respond and work with the officer you will remain in a voluntarily compliance process. We value compliance first. Failure to communicate with the officer or follow the correction order can result in prosecution and can be punished by a fine of up to $1,000 or imprisonment.