

April 28, 2023

ANGENITA SMITH
6547 GOLDFIELD ST
NORTH LAS VEGAS NV  89084

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: ███████████

Loan Type: Conventional

ANGENITA SMITH
4420 MEADOWRIDGE DR
JACKSON, MS  39206-5913

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date. All funds must be certified:  money order, wire, Western Union, or cashier's check.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| **Projected Payoff Date** | **5/28/2023** |
|---|---:|
| Principal Balance | $36,510.60 |
| Interest Thru 5/28/2023 | $42,625.37 |
| Fees | $5,702.49 |
| Prepayment Penalty | $0.00 |
| Release Fees | $0.00 |
| Funds owed by borrower (escrow advance) | $3,587.91 |
| Funds owed to borrower | $0.00 |
| **Total Payoff** | **$88,426.37** |
| Per diem | $8.50 |

The next payment due is 10/1/2009. Payments are made by Billing on a Monthly basis. The current interest rate is 8.49500% and the P & I payment is 292.06.

**PLEASE CONTACT US TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Statebridge Company, LLC
6061 S. Willow Drive
Suite 300
Greenwood Village, CO  80111
(866) 466-3360
(720) 600-7894   Fax
payoff@statebridgecompany.com

Statebridge Company, LLC is a debt collector and is attempting to collect a debt.  Any information obtained may be used for that purpose.  If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.



ANGENITA SMITH  -  Loan ID

### FEE DETAILS

| Description | Amount |
|---|---:|
| FC Attorney Fee | $1,250.00 |
| FC Attorney Cost | $525.60 |
| BK Attorney Fee | $850.00 |
| BK Attorney Cost | $188.00 |
| Secure Property | $120.00 |
| Inspections | $108.00 |
| Prior Serv. Misc | $2,660.89 |
| | **$5,702.49** |

Statebridge Company, LLC is a debt collector and is attempting to collect a debt.  Any information obtained may be used for that purpose.  If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.



**When sending a cashier's check or Money Order please send to:**

Statebridge Company, LLC
ATTN: Cashiering Department
6061 S. Willow Drive, Suite 300
Greenwood Village, CO 80111

**BANK WIRE/ACH INSTRUCTIONS**

Statebridge Company, LLC - Payoffs

Community Banks of Colorado,
a division of NBH
1111 Main Street, Suite 2800
Kansas City, MO 64105

ROUTIN 
ACC
BENEFICIARY: Statebridge Company

Please reference the loan # or account number in all ACH/Wires.  Please be sure to include beneficiary name to ensure your wire is credited to your account.

Statebridge Company, LLC is a debt collector and is attempting to collect a debt.  Any information obtained may be used for that purpose.  If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC    6061 S. Willow Drive, Suite 300    Greenwood Village, CO 80111    www.statebridgecompany.com   (866) 466-3360