___



**SO ORDERED,**

*/s/ Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 9, 2024**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(JACKSON-3 DIVISIONA OFFICE)

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ANGENITA SMITH | ) | CASE NO. 21-01696-JAW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER GRANTING DEBTOR'S OBJECTIONT O PROOF OF CLAIM** [DOCKET # 66 and DOCKET #73]

The Court heard arguments from Thandi Wade, Debtor's attorney and Karen Maxcy, NS193 LLC, Serviced by Statebridge Company, LLC (Creditor) on February 26, 2024. Earlier in the case on Debtor's objection to claim, the Court entered a no response order disallowing Creditor's Claim # 4-1 (Docket # 33) Creditor filed A Motion to Reconsider the Order Disallowing Claim #4-1 (Docket # 66). Creditor also filed a second Motion to Reconsider the Order Disallowing Claim # 4-1 (Docket73). After hearing the arguments of the parties, the Court hereby ordered that the Order Granting Debtor's Objection to Poof of Claim and disallowing claim (#4-1) filed by NS 193, LLC, serviced by Statebridge Company, LLC has been vacated.

Both of the Motions to Reconsider are granted.

###END OF ORDER###

(Signature on following page.)

Order prepared and submitted by:

*/s/ Karen A. Maxcy*
Karen A. Maxcy, MS BAR 8869
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-321-6965 (Direct)
Karen.Maxcy@mccalla.com
*Attorney for Movant*

Approved by:

*Thandi Wade*
Thandi J. Wade
P.O. Box 22688
Jackson, MS 39225-2688
601-948-7770
bankruptcy@tatumandwade.com
Attorney for Debtor


 /s/ Torri Parker Martin
Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy
Trustee
Post Office Box 31980
Jackson, MS 39286-1980